A CERTIFIED TRUE COPY
ATTEST

By April Layne on Dec 09, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Nov 21, 2008**

FILED
CLERK'S OFFICE

**IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION**

MDL No. 1905

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-22)

On February 21, 2008, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 536 F.Supp.2d 1375 (J.P.M.L. 2008). Since that time, 219 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of February 21, 2008, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 09, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A true copy In 3 sheet(s) of the record in my custody.
CERTIFIED, DEC 17 2008
Richard D. Sletten, Clerk
BY
Deputy Clerk

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION               MDL No. 1905

### SCHEDULE CTO-22 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE  3  08-167 | James Hale, et al. v. Medtronic, Inc., et al.   08-6389 |
| **CALIFORNIA CENTRAL** | |
| ~~CAC  2  08-7021~~ | ~~Michele L. Louros v. Medtronic, Inc.~~  OPPOSED 12/9/08 |
| **CALIFORNIA NORTHERN** | |
| CAN  3  08-5029 | Milo Burge v. Medtronic, Inc.   08-6390 |
| **DISTRICT OF COLUMBIA** | |
| DC   1  08-1888 | Paul Baron, et al. v. Medtronic, Inc.   08-6391 |
| **KENTUCKY EASTERN** | |
| KYE  2  08-190 | Ronald Murphy v. Medtronic, Inc., et al.   08-6392 |
| **KENTUCKY WESTERN** | |
| KYW  3  08-551 | Leevone Baker, et al. v. Medtronic, Inc., et al.   08-6393 |
| **LOUISIANA EASTERN** | |
| LAE  2  08-4731 | Anthony Mongogna v. Medtronic, Inc., et al.   08-6394 |
| **NEW YORK EASTERN** | |
| NYE  1  08-4378 | Robert Holt, et al. v. Medtronic, Inc., et al.   08-6395 |
| NYE  2  08-4470 | Carole Civile v. Medtronic, Inc., et al.   08-6396 |
| **OHIO NORTHERN** | |
| OHN  1  08-2597 | Tammy Laney, etc. v. Medtronic, Inc., et al.   08-6397 |
| **TENNESSEE MIDDLE** | |
| TNM  2  08-97 | James H. Roberts, et al. v. Medtronic, Inc.   08-6398 |
| TNM  3  08-1004 | Bobby Lax, et al. v. Medtronic, Inc.   08-6399 |
| **TENNESSEE WESTERN** | |
| TNW  2  08-2691 | Stanley Batts, et al. v. Medtronic, Inc., et al.   08-6400 |

**MDL No. 1905 - Schedule CTO-22 Tag Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TEXAS SOUTHERN | |
| TXS 1 08-460 | Patricia Tillman Gonzales v. Medtronic, Inc., et al. 08-6401 |
| TXS 4 08-2951 | Doyle T. Burress, et al. v. Medtronic, Inc., et al. 08-6402 |
| TXS 4 08-2954 | Edith Fay McDowell, etc. v. Medtronic, Inc., et al. 08-6403 |
| TXS 4 08-3031 | Mary Catherine Smith v. Medtronic, Inc., et al. 08-6404 |
| TXS 4 08-3249 | Elby Wade Hudson v. Medtronic, Inc., et al. 08-6405 |
| TEXAS WESTERN | |
| TXW 3 08-427 | Floyd L. Wilder v. Medtronic, Inc., et al. 08-6406 |